SANITARY DISTRICT NO. 6 OF THE TOWN OF HEMPSTEAD, Appellant, v. JOSEPH O'HARE, Individually and as President of Local 342, United Marine Division, National Maritime Union, AFL-CIO, et al., Respondents.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

RUTH C. SANZOBRIN et al., Respondents, v. ANN P. ARTHUR, as Executrix of AMBROSE C. ARTHUR, Deceased, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

LOUIS SARNOFF, Appellant-Respondent, v. CHARLES SCHAD, INC., Respondent, and ASSOCIATED CHURCH ARTS, Appellant.

Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ., concur. [49 Misc 2d 1059; 50 Misc 2d 418.]